# Exhibit C



# Office of the Attorney General
Washington, D.C.

ORDER NO. 2820-2006

### DELEGATION TO THE ASSISTANT ATTORNEY GENERAL FOR THE CRIMINAL DIVISION CERTAIN AUTHORITY RELATED TO FOREIGN FORFEITURE JUDGMENTS

Pursuant to the authority vested in the Attorney General by law, including 28 U.S.C. §§ 509, 510, and 2467, and the civil and criminal forfeiture statutes enforced or administered by the Department of Justice, I hereby delegate to the Assistant Attorney General for the Criminal Division, as my designee, my certification authority under 28 U.S.C. § 2467 with respect to the recognition of foreign forfeiture and confiscation judgments and related orders.

The Assistant Attorney General is authorized to redelegate to any subordinates the authority, functions, or duties vested in the Assistant Attorney General under this order.

5-9-06
Date

Alberto R. Gonzales
Attorney General

INTERNAL ORDER -- NOT PUBLISHED IN F.R.